IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| CAROLYN WILSON, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CASE NO: 7:24-CV-98 |
| | : | |
| LENDMARK FINANCIAL SERVICES LLC, EXPERIAN INFORMATION SOLUTIONS, INC., and EQUIFAX, LLC, | : : : | |
| | : | |
| Defendants. | : | |

## ORDER

Before the Court is Plaintiff's Notice of Settlement (Doc. 6). Therein, Plaintiff and Defendant Lendmark Financial Services ("Defendant Lendmark Financial") notify the Court that they have reached a settlement in the above-captioned action and ask for sixty days to complete a settlement agreement and to move or notice dismissal as to Defendant Lendmark Financial. The Court accepts the notice and **ORDERS** Plaintiff and/or Lendmark Financial to file a notice or motion to dismiss no later than **Monday, December 16, 2024** or by that same date file a report stating why more time is required.

**SO ORDERED**, this 21st day of October 2024.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

1