IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

CAROLYN WILSON,                          :
                                         :
          Plaintiff,                     :
                                         :
     v.                                  :          CASE NO: 7:24-CV-98
                                         :
LENDMARK FINANCIAL SERVICES              :
LLC, EXPERIAN INFORMATION                :
SOLUTIONS, INC., and EQUIFAX, LLC,       :
                                         :
          Defendants.                    :
_____ :

## **ORDER**

Before the Court is Plaintiff Carolyn Wilson and Defendant Lendmark Financial Services, LLC ("Defendant Lendmark") Notice of Dismissal with Prejudice as to Defendant Lendmark (Doc. 15). Therein, the Parties stipulate that Plaintiff's claims against Defendant Lendmark be dismissed with prejudice, with each party bearing their own costs and attorneys' fees.

Under Rule 41(a) a plaintiff may dismiss an action without court approval by filing a "notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(A)(i). Here, although Defendant Equifax has filed an answer, Defendant Lendmark has not. Dismissal by notice is thus proper without court approval as to Defendant Lendmark. Accordingly, the Court **ACCEPTS** the Notice of Dismissal (Doc. 15). Plaintiff's claims against Defendant Lendmark are hereby **DISMISSED-WITH-PREJUDICE**. The Clerk is **DIRECTED** to terminate Defendant Lendmark as a Party to the action.

**SO ORDERED**, this 11th day of December 2024.

**/s/ W. Louis Sands**
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**