IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| CAROLYN WILSON, : | |
| Plaintiff, : | |
| v. : | CASE NO: 7:24-CV-98 |
| EXPERIAN INFORMATION SOLUTIONS, INC., and EQUIFAX, LLC, : | |
| Defendants. : | |

**ORDER**

On January 16, 2025, Plaintiff Carolyn Wilson ("Plaintiff") filed a Notice of Settlement (Doc. 17) as to Defendant Experian Information Solutions. To ensure the timely and orderly disposition of this case, the Plaintiff is **ORDERED** to file the necessary dismissal document(s) in writing no later than **Tuesday, March 18, 2025 ,** or otherwise file, by that date, a written update as to the status of the settlement and a motion requesting additional time for good cause.

**SO ORDERED**, this 17th day of January 2024.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

1