IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| CAROLYN WILSON, | : |
| Plaintiff, | : |
| v. | : CASE NO: 7:24-CV-00098 (WLS) |
| EXPERIAN INFORMATION SOLUTIONS, INC., and EQUIFAX, LLC, | : |
| Defendants. | : |

## ORDER

On February 14, 2025, Plaintiff Carolyn Wilson ("Plaintiff") filed a Notice of Settlement (Doc. 19) as to Defendant Equifax, LLC. To ensure the timely and orderly disposition of this case, the Plaintiff is **ORDERED** to file the necessary dismissal document(s) in writing no later than **Monday, April 21, 2025**, or otherwise file, by that date, a written update as to the status of the settlement and a motion requesting additional time for good cause.

**SO ORDERED**, this 18th day of February 2025.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**