IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| CAROLYN WILSON, | : |
| Plaintiff, | : |
| v. | : CASE NO: 7:24-CV-00098 (WLS) |
| EXPERIAN INFORMATION SOLUTIONS, INC., and EQUIFAX, LLC, | : |
| Defendants. | : |

## ORDER

In reviewing the docket in the case in anticipation of the Scheduling Conference, it has come to the Court's attention that the Parties have filed Notices of Settlement (Docs. 18 & 20) as to Defendant Experian Information Solutions, Inc. ("Defendant Experian") and Equifax, LLC ("Defendant Equifax").[1] As such, there is no need to commence discovery at this time.

The Court therefore *sua sponte* **STAYS** discovery in the above-captioned case **until Monday, April 21, 2025**—the date set for submission of settlement documents as to Defendant Equifax. (*See* Doc. 20). If any Party moves for additional time to submit settlement documents and wishes to extend the stay, they shall contemporaneously move for an extension of the stay of discovery and include particularized reasons why there is good cause to extend the stay. Additionally, the Initial Discovery Conference currently scheduled for March 4, 2025, is **CANCELLED**.

**SO ORDERED**, this 28th day of February 2025.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

---

[1] Lendmark Financial Services, LLC, which was initially named as a defendant, has already been voluntarily dismissed from the action after a notice of settlement. (*Seee* Doc. 16 at 1).

1