IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| CAROLYN WILSON, | : |
| Plaintiff, | : |
| v. | : CASE NO: 7:24-CV-00098 (WLS) |
| EXPERIAN INFORMATION SOLUTIONS, INC., and EQUIFAX, LLC, | : |
| Defendants. | : |

## ORDER

On February 18, 2025, the Court ordered Plaintiff to file dismissal document(s) in writing no later than Monday, April 21, 2025. Or file by that date a written update on the status of the settlement and a motion requesting more time. April 21 has passed. But Plaintiff has not filed a dismissal document, status report, or motion.

Plaintiff is **ORDERED** to file the necessary dismissal document(s) in writing no later than **Wednesday, May 7, 2025**.[1] Discovery is **STAYED** until that date. If Plaintiff fails to comply with this Order, the Court will construe that failure as indicating that no settlement has been reached. In that event, the Court will issue a new 16/26 Order and proceed with discovery.

**SO ORDERED**, this 23rd day of February 2025.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

---

[1] Plaintiff is noticed that failure to comply with future Orders may result in a show cause being issued. Continued failure may result in discipline or sanctions.

1