IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| CAROLYN WILSON, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | CASE NO: 7:24-CV-00098 (WLS) |
| : | |
| EXPERIAN INFORMATION : | |
| SOLUTIONS, INC., and EQUIFAX, LLC, : | |
| : | |
| Defendants. : | |
| _____ : | |

**ORDER**

Plaintiff has filed a Joint Stipulation of Dismissal (Doc. 23) to dismiss Defendant Equifax LLC. Because the Stipulation complies with the Rules, it is **ACCEPTED**. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii). Equifax LLC is **DISMISSED**, with prejudice, from the action.

However, Plaintiff was also ordered on January 17, 2025, to file the necessary dismissal documents for Defendant Experian Information Solutions, Inc. She has not. Plaintiff is thus **ORDERED** to file the necessary dismissal document(s) for Experian Information Solutions, Inc. no later than **Thursday, May 15, 2025**. Or otherwise file, by that date, a written update on the status of settlement and a motion requesting additional time for good cause.

**SO ORDERED**, this 2nd day of May 2025.

                                                          /s/ W. Louis Sands
                                                          **W. LOUIS SANDS, SR. JUDGE**
                                                          **UNITED STATES DISTRICT COURT**