# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| CAROLYN WILSON,<br><br>Plaintiff,<br><br>v.<br><br>LENDMARK FINANCIAL SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., and EQUIFAX, LLC,<br><br>Defendants. | Case No. 7:24-cv-00098<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby stipulated and agreed by and between Plaintiff, Carolyn Wilson, and Defendant Experian Information Solutions, Inc., ("EXPERIAN") that the above-titled action is hereby dismissed without prejudice against Defendant Experian. Each party will bear their own costs and attorney's fees.

Dated: May 05, 2025

By:

Respectfully submitted,

*/s/ Mark A. Carey*
Mark A. Carey
Law Offices of Mark Carey, P.C.
500 Roswell Rd., Ste Bldg C
Sandy Springs, GA 30342
E: markcareylaw@ymail.com
P: (716) 835-9243
**Attorney for Plaintiff,
Carolyn Wilson**

SO ORDERED this 7th day of May, 2025

*/s/ W. Louis Sands*
W. Louis Sands, Sr. Judge
United States District Court

314190726v.1

## CERTIFICATE OF SERVICE

I hereby certify that on May 05, 2025, I served Plaintiff's Notice of Dismissal using the CM/ECF system, which will generate an auto notice to all counsel of record.

By:  /s/ Mark A. Carey
Mark A. Carey
Law Offices Of Mark Carey, P.C.
500 Roswell Rd., Ste Bldg C
Sandy Springs, GA 30342
E: markcareylaw@ymail.com
P: (716) 853-9243
**Attorney for Plaintiff,**
**Carolyn Wilson**

2

314190726v.1